Opinion issued October 17, 2002 

 






 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01061-CV

____________


IN RE ALFREDO GALLARDO, JR., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator filed a petition for writ of mandamus requesting that this Court
compel respondent (1) to enforce her order requiring relator's counsel to file an affidavit
in connection with a post-conviction writ of habeas corpus. We deny the petition.

 There are three prerequisites for the issuance of a writ of mandamus by an
appellate court, namely: (1) the lower court must have a legal duty to perform a
nondiscretionary act; (2) the relator must make a demand for performance; and (3) the
subject court must refuse that request. Barnes v. State, 832 S.W.2d 424, 426 (Tex.
App.--Houston [1st Dist.] 1992, orig. proceeding). Relator has not provided us with
a record that shows that he made any request of respondent to perform a
nondiscretionary act that respondent refused.

 The petition for writ of mandamus is therefore denied.

 It is so ORDERED.

PER CURIAM


Panel consists of Justices Taft, Alcala, and Price. (2)

Do not publish. Tex. R. App. P. 47.
1. Respondent is the Honorable Susan Brown, Judge, 185th District Court, Harris
County.
2. The Honorable Frank C. Price, former Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.